CORNELIUS R. PARSONS, RESPONDENT, *v.* WILLIAM T. GARNER, APPELLANT.

*Right of way — injunction — Deed — what passes under.*

On a conveyance of land, whatever is in use as an incident or appurtenance to it, passes with it; and whether a right of way or other easement is embraced in a deed, is always a question of construction of the deed, having reference to its terms and the practical incidents belonging to the grantor of the land at the time of the conveyance. (*Huttemeier* v. *Albro*, 2 Bosw., 546; S. C., 18 N. Y., 48.)

APPEAL from a judgment in favor of the plaintiff, entered on the report of a referee.

The action was brought for the purpose of perpetually enjoining the defendant from erecting a wall along the east line of premises claimed to be owned by him, and adjoining the lands of the plaintiff on the west. The plaintiff claimed to have a right of passage over said premises which would be obstructed by said wall. The action was tried before a referee, and from the judgment entered upon his report this appeal is taken.

*W. F. Cogswell,* for appellant. *George F. Danforth,* for respondent.

Opinion by GILBERT, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed, with costs.

———

WILLIAM PARSONS, RESPONDENT, *v.* WILLIAM W. BROWN, IMPLEADED, ETC., APPELLANT.

*General Term — new trial — judgment below not sustained by the evidence.*

The General Term has power to pass upon the weight of conflicting evidence on a trial before the court at Special Term, and it is its duty to examine the evidence, and, if the result is not in accordance with the truth, to reverse the judgment and direct a new trial. (*Finch* v. *Parker*, 49 N. Y., 8; *Macy* v. *Wheeler*, 30 id., 231; *Smith* v. *Ætna Life Ins. Co.*, 5 Lans., 545.)

APPEAL from a judgment in favor of plaintiff, entered on the report of a referee, in an action brought to recover of the defend-